# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

\* \* \*

| | | |
|---|---|---|
| HARVEY EUGENE LARSON, | ) | |
| Plaintiff(s), | ) | 2:07-cv-0631-RLH-VPC |
| vs. | ) | **O R D E R** |
| M. WILLIAMS, *et al.*, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#22, filed February 27, 2009), entered by the Honorable Valerie P. Cooke, regarding Plaintiff's Amended Complaint (#14) and Petition for Writ of Mandamus (#20). No objection was filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule 72-304(b) of the Rules of Practice of the United States District Court for the Eastern District of California, or 28 U.S.C. § 636(b)(1)(C), and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule 72-304(b), and determines that the Report and Recommendation of Magistrate Judge Cooke should be accepted and adopted, and further finds that the recommendation regarding dismissal of the complaint and denial of the Petition for Writ of Mandamus (#20) are not clearly erroneous or contrary to law.

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#22, entered February 27, 2009) is AFFIRMED, ACCEPTED and ADOPTED, Plaintiff's Petition for Writ of Mandamus (#20) is denied and Plaintiff's Amended Complaint (#14) is dismissed without prejudice.

Dated: March 12, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**