IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

\* \* \*

| | | |
|---|---|---|
| HARVEY EUGENE LARSON, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:07-cv-0631-RLH-VPC |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Objections to Report & Recommendation–#25) |
| M. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendant(s). | ) | |

Before the Court is the untimely **Objections to U.S. Magistrate Judge's Report and Recommendation** (#25).

The Report and Recommendation (#22) in question was filed February 27, 2009. Plaintiff's Objections (#25) was filed March 19, 2009, <u>twenty (20) days later</u>. The law is very clear. Title 28 U.S.C. § 636(b)(1)(C) provides that any objection to a report and recommendation shall be filed within ten (10) days of the entry of the Report and Recommendation. This requirement is also contained in Local Rule 72-304(b). The foregoing time requirement was clearly stated in the Magistrate Judge's Report and Recommendation, page 5, lines 2-6.

Plaintiff's Objections are untimely. Furthermore, they are without merit.

/ / / /

/ / / /

/ / / /

1

1  IT IS THEREFORE ORDERED that Plaintiff's **Objections to U.S. Magistrate Judge's Report and Recommendation** (#25) are overruled and denied as untimely and without merit.

Dated: March 25, 2009.

_____
Roger L. Hunt
Chief United States District Judge