# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

\* \* \*

HARVEY EUGENE LARSON,

    Plaintiff(s),

vs.

M. WILLIAMS, *et al.*,

    Defendant(s).

Case No. 2:07-CV-0631-RLH-VPC

**O R D E R**
(Motion to Reopen Case–#31)

      Plaintiff has filed a Motion to Reopen Case (#31, filed October 21, 2011). The Motion is 228 pages long in violation of the Local Rules. It is untimely, having been filed more than two years after March 13, 2009, the date this Court terminated the case by dismissal, and, more than two years since the Ninth Circuit Court of Appeals dismissed his appeal, on August 20, 2009.

      Furthermore, the motion is unintelligible. The first page merely says that the case was dismissed because he failed to show an actual injury. He then declares that he did suffer an injury, then refers to the denial of a habeas petition in the state court and includes pages and pages of writing so small as to be unreadable, copies of filings in the state court that are more than 10 years old and which are unexplained. The Motion also includes drawings that are untitled and unexplained, but appear to be some type of document related to a patent, or how a machine works. There are partial transcripts, partial medical records, all of which are not explained. The Motion is unintelligible, untimely, and without merit, as it asks this Court to reopen a case that was not only dismissed, but the appeal was also dismissed.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reopen Case (#31) is DENIED.

Dated: October 26, 2011.

_____
**Roger L. Hunt
United States District Judge**